

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00411-CV

| | | |
|---|---|---|
| Kenneth P. Gross and Betsy L. Gross | § | From the 141st District Court |
| | § | of Tarrant County (141-261873-12) |
| v. | § | December 23, 2014 |
| WB Texas Resort Communities, L.P. | § | Opinion by Justice McCoy |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm that portion of the trial court's summary judgment on the breach-of-contract claim and the pre contractual negligent misrepresentation claim. We reverse that portion of the trial court's summary judgment on the negligence and postcontractual negligent misrepresentation claims and remand this case to the trial court for further proceedings on those claims consistent with this opinion.

It is further ordered that appellants Kenneth P. Gross and Betsy L. Gross and appellee WB Texas Resort Communities, L.P., shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Bob McCoy_____
     Justice Bob McCoy